IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: **11-02569** |
| **REINALDO COLON RIVERA** | CHAPTER 13 |
| DEBTOR(S) | |

# OBJECTION TO CLAIM # 2
# FILED BY DEPT. OF HOUSING AND URBAN DEVELOPMENT (HUD)

**TO THE HONORABLE COURT**:

Come now debtor, through his undersigned counsel, and very respectfully states and prays as follows:

1. HUD filed on 05/19/2011 a claim (#2) for the amount of $2,211.54, without evidence supporting the claim as a secured claim.

WHEREFORE, it is respectfully requested that the Claim #2 filed by Dept. of Housing and Urban Development be disallow.

NOTICE is hereby given to parties in interests that unless a reply in opposition to the a fore NOTICE within thirty (30) days after service as evidenced b y the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law (2) the requested relief is against public policy; (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

In San Juan, Puerto Rico, this 10th day of June of 2011.

NOTICE TO:

| | |
|---|---|
| ALEJANDRO OLIVERAS<br>CHAPTER 13 TRUSTEE<br>P.O. Box 9024062<br>Old San Juan Station<br>San Juan, Puerto Rico 00902-4062 | /s/RODOLFO R. HERNANDEZ RAMOS<br>USDC PR 118012<br>P.O. Box 19-3997<br>San Juan, Puerto Rico 00919-3997<br>Tels. 787-764-3646  Fax 787-764-9398 |
| MISHA KENNEDY<br>HUD Bankruptcy Counselor<br>2488 E 81st St., Suite 700<br>Tulsa, OK 74137 | rodolfohernandezesq@yahoo.com |

COLON RIVERA, REINALDO
CALLE DOMINGO COLON 149
AIBONITO, PR  00705


Rodolfo R. Hernandez Ramos
P O BOX 193997
SAN JUAN, PR  00919-3997


CENTENNIAL
P.O. BOX 71514
SAN JUAN, PR  00936


CREDICENTRO COOP
Coop. A/C Barranquitas
PO BOX 686
BARRANQUITAS, PR  00794


DORAL BANK
DIVISION SERVICIOS HIPOTECARIOS
PO BOX 70308
SAN JUAN, PR  00936-8308


FIRST PREMIER BANK
P.O. BOX 5529
SIOUX FALLS, SD  57117


JULIO RIVERA COLON
SECTOR EL TROMPO
CARR. 725 KM. 2.8
AIBONITO, PR  00705


RENT-A-CENTER
5501 HEADQUARTERS DRIVE
PLANO, TX  75024